# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINA
### Alexandria   **Division**

**In re**   Qimonda AG

Case No. 09-14766-RGM

Adv. Proceeding No. _____

**Debtor(s)**

## TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on ___November 30, 2009___.

The parties included in the Appeal to the District Court:
    APPELLANT(S):  Micron Technology, Inc.

FILED

JAN 11 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

ATTORNEY:   David Nelson Southard, Esquire

Weil Gotshal & Manges, LLP

1300 Eye Street, NW, Suite 900, Washington, D.C. 20005

APPELLEE (S):  Qimonda AG

ATTORNEY:   Jeffrey Showalter, Esquire

Morrison & Foerster LLP

2000 Pennsylvania Avenue, NW, Suite 6000, Washington DC 20006

Brief Description of Judgment/Order Appealed:  Order Granting the Debtor's Motion to Amend the Supplemental Order (Doc. # 179)
Amended Supplemental Order (Doc. # 180)

Date Judgment/Order Entered: ___November 19, 2009___

1. Filing Fees:  A. Notice of Appeal - Filing Fee $5.00      (X) Paid     ( ) Not Paid
                 B. Appeal Docket Fee - $250.00          (X) Paid     ( ) Not Paid     ( ) Deferred. See attached Request
2. (X) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. ( ) Copies of items designated by Appellant/Appellee have/have not been submitted pursuant to FRBP 8006 and LBR 8006-1.

WILLIAM C. REDDEN, Clerk of the Court
Date: January 8, 2010          By: /s/ Denise S. Williams_____, Deputy Clerk

### CERTIFICATION TO APPELLATE COURT
    It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local
Bankruptcy Rule 8006-1 has not been filed within 14 days after the filing of the notice of appeal.

WILLIAM C. REDDEN, Clerk of the Court
By: _____, Deputy Clerk

**District Clerk - Please complete and return second copy.**

DISTRICT COURT CASE NUMBER  _1:10 cv 26_      Date ___1/11/10___

cc: Attorney for Appellant(s)
    Attorney for Appellee(s)                                [apptrans ver. 12/09]

WEIL, GOTSHAL & MANGES LLP
Attorneys for Micron Technology, Inc.
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
David N. Southard (VSB No. 44565)

WEIL, GOTSHAL & MANGES LLP
Attorneys for Micron Technology, Inc.
700 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511
Alfredo R. Pérez (admitted pro hac vice)
Manesh J. Shah (admitted pro hac vice)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

-----------------------------------------------------------x
                         :

**In re**                         :      **Case No. 09-14766 (RGM)**
                         :

**QIMONDA, AG,**            :
                         :      **Chapter 15**

**Debtor in a Foreign Proceeding**  :
-----------------------------------------------------------x

**MICRON TECHNOLOGY, INC.'S NOTICE OF APPEAL**

Micron Technology, Inc. ("**Micron**"), as a party in interest to the above-captioned

chapter 15 case, hereby files this notice of appeal (the "**Notice of Appeal**") pursuant to 11 U.S.C.

§ 158(a) and Rule 8001 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy**

**Rules**"), to the United States District Court for the Eastern District of Virginia, Alexandria

Division from: (i) the *Order Granting the Debtor's Motion to Amend the Supplemental Order*

(Docket No. 179, the "**Order Granting the Motion to Amend**") and (ii) the *Amended*

*Supplemental Order* (Docket No. 180, the "**Amended Supplemental Order**" and, together with

the Order Granting the Motion to Amend, the "**Orders**"). The Orders were entered on

November 19, 2009 by the Honorable Robert G. Mayer, United States Bankruptcy Judge for the

Eastern District of Virginia.

The names of all parties to the Orders, and the names, addresses and telephone

numbers of their respective attorneys are as follows:

### List of the Parties to the Orders[1]

| | |
|---|---|
| Counsel to Administrator of the Qimonda AG Estate:<br><br>Morrison & Foerster, LLP<br>1650 Tysons Boulevard, Suite 400<br>McLean, Virginia 22102<br>Telephone: (703) 760-7700<br>Attn: Jeffrey A. Showalter, Esq.<br><br>and<br><br>Morrison & Foerster, LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Attn: Brett H. Miller, Esq.<br>Todd M. Goren, Esq. | United States Trustee:<br><br>United States Trustees' Office<br>115 South Union Street, Suite 210<br>Alexandria, Virginia 22314<br>Telephone: (703) 299-3700<br>Attn: Robert K. Coulter, Esq. |
| Counsel to Nanya Technology Corporation:<br><br>Winston & Strawn LLP<br>1700 K Street, N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 282-5000<br>Attn: John K. Hsu, Esq.<br><br>and<br><br>Winston & Strawn LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071<br>Telephone: (213) 615-1700<br>Attn: Rolf S. Woolner, Esq.<br>Justin E. Rawlins, Esq. | Counsel to Samsung Electronics Co., Ltd.:<br><br>Leach Travell Britt, P.C.<br>8270 Greensboro Drive, Suite 1050<br>McLean, Virginia 22182<br>Telephone: (703) 584-8902<br>Attn: Stephen E. Leach, Esq.<br>Roxanne F. Rosado, Esq.<br><br>and<br><br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Attn: William H. Pratt, Esq.<br>Jennifer M. Selendy, Esq.<br>Laura B. Kadetsky, Esq. |

---

[1]      The Orders did not list the parties thereto.  This list of parties to the Orders is based on those parties filing any pleading relating to the Orders as well as the office of the United States Trustee for the Eastern District of Virginia.  Micron believes this list complies with the requirements of Bankruptcy Rule 8001.

| Counsel to Elpida Memory, Inc.: | Counsel to Infineon Technologies AG: |
|---|---|
| Leach Travell Britt, P.C.<br>8270 Greensboro Drive, Suite 1050<br>McLean, Virginia 22182<br>Telephone: (703) 584-8902<br>Attn: Stephen E. Leach, Esq.<br>     Roxanne F. Rosado, Esq.<br><br>and<br><br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Attn: William A. Streff, Jr., Esq.<br>     William E. Devitt, Esq.<br>     Matthew J. Hertko, Esq. | Leach Travell Britt, P.C.<br>8270 Greensboro Drive, Suite 1050<br>McLean, Virginia 22182<br>Telephone: (703) 584-8902<br>Attn: Stephen E. Leach, Esq.<br>     Roxanne F. Rosado, Esq.<br><br>and<br><br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 879-5000<br>Attn: Gregory F. Corbett, Esq. |

Dated:   Washington, DC
        November 30, 2009

Respectfully submitted,


By:   /s/ David N. Southard
        David N. Southard (VSB No. 44565)


David N. Southard (VSB No. 44565)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

and

Alfredo R. Pérez (admitted pro hac vice)
Manesh J. Shah (admitted pro hac vice)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana Street, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for Micron Technology, Inc.

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
#### ALEXANDRIA DIVISION

In re

QIMONDA AG,                                    Case No. 09-14766 (RGM)

    Debtor in a Foreign Proceeding.            (Chapter 15)

1

## ORDER GRANTING THE DEBTOR'S MOTION TO AMEND THE
## SUPPLEMENTAL ORDER

This matter came before the Court on the Motion (the *"Motion"*) of Dr. Michael

Jaffé, in his capacity as the duly authorized foreign representative (the "*Foreign*

*Representative*" or the *"Administrator"*) to Amend this Court's Supplemental Order,

dated July 22, 2009. Based upon the Court's consideration of the submissions of the

parties, the evidence and argument presented at the hearing on this Motion, and for the

reasons herein,

**IT IS HEREBY ORDERED:**

1. The Motion is **GRANTED.**[1]

**2.** The application of Section 365 to the instant proceeding shall not in any way

limit or restrict (i) the right of the Administrator to elect performance or non-

performance of agreements under Section 103 German Insolvency Code or such other

applicable rule of law in the Foreign Proceeding, or (ii) the legal consequences of such

election; provided, however, if upon a motion by the Administrator under Section 365 of

the Bankruptcy Code, the Court enters an Order providing for the assumption or rejection

of an executory contract, then Section 365 shall apply without limitation solely with

respect to the contracts subject to such motion.

3. No additional rights are afforded to creditors, or obligations imposed upon the

Administrator, under Section 365(n) of the Bankruptcy Code as a result of any such

election by the Administrator under Section 103 of the German Insolvency Code.

---

[1] Defined terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

4. Accordingly, the Supplemental Order shall be amended as set forth in the annexed Exhibit A by adding the following proviso to the end of Paragraph 4 of such order: "provided, however, Section 365(n) applies only if the Foreign Representative rejects an executory contract pursuant to Section 365 (rather than simply exercising the rights granted to the Foreign Representative pursuant to the German Insolvency Code)."

DONE at Alexandria, Virginia, this 19th day of November 2009.


/s/ Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

WE ASK FOR THIS:

/s/ Jeff A. Showalter
John A. Trocki III (Va. Bar No. 38656)
Email: jtrocki@mofo.com
Jeff A. Showalter (Va. Bar No. 73414)
Email: jshowalter@mofo.com
MORRISON & FOERSTER LLP
1650 Tysons Boulevard, Suite 400
McLean, Virginia 22102
Telephone: (703) 760-7700
Facsimile: (703) 760-7777


and

Brett H. Miller (admitted pro hac vice)
Todd M. Goren (admitted pro hac vice)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Phone: (212) 468-8000
Facsimile: (212) 468-7900

*Attorneys for Dr. Michael Jaffé, as insolvency
administrator over the estate of Qimonda AG*

## EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re

QIMONDA AG,                                      Case No. 09-14766-RGM
                                                 (Chapter 15)

Debtor in a Foreign Proceeding.

## AMENDED SUPPLEMENTAL ORDER

This case was before the court on July 22, 2009, on the petition of Dr. Michael Jaffé in his capacity as the foreign representative (the "Foreign Representative") of Qimonda AG for recognition of a foreign proceeding over Qimonda AG and the objections to it. The petition was granted, but in light of the matters raised, it is appropriate to grant further relief under 11 U.S.C. §1521. Upon consideration of which, it is

**ORDERED:**

U.S. Debtor Parties Carve Out.

(a)      Qimonda Richmond, LLC, Qimonda North America Corp. and the Official Committee of Unsecured Creditors of the U.S. Debtors (the "U.S. Debtor Parties") are granted relief from the automatic stay imposed by §362(a)(1) to proceed in the United States Bankruptcy Court of the District of Delaware to determine any right, obligation or claim they have against Qimonda AG,

including, without limitation, the adversary proceeding entitled *The Official
Committee of Unsecured Creditors et al v. Qimonda AG,* Case No. 09-51060-
MFW, now pending in the Delaware Bankruptcy Court (the "IP Adversary").

(b)        Qimonda AG and the U.S. Debtor Parties consent to the
jurisdiction of the Delaware Bankruptcy Court for the matters set forth in this
paragraph; provided, however, that Qimonda AG reserves the right to object or
argue that any particular controversy between Qimonda AG and the U.S. Debtor
Parties should be determined by a competent German court, rather than the
Delaware Bankruptcy Court; provided, further, that nothing herein shall be
deemed to be a waiver of the protections under, or a lifting of, the automatic stay
arising under §362(a) of the Bankruptcy Code in the U.S. Debtors' chapter 11
cases.

2.        Authority of Foreign Representative.

(a)        The Foreign Representative shall be the sole and exclusive
representative of Qimonda AG in the United States and shall administer the assets
of Qimonda AG within the territorial jurisdiction of the United States.

(b)        The Foreign Representative is hereby authorized to examine
witnesses, take evidence, seek production of documents, and deliver information
concerning the assets, affairs, rights, obligations or liabilities of Qimonda AG
under the law of the United States, as such information is required in the German
Proceedings; provided, however, the Foreign Representative may seek any of the
foregoing from the U.S. Debtor Parties under Section 1521 of the Bankruptcy

Code or otherwise but only upon notice and motion before the Delaware Bankruptcy Court, and subject to the right of parties in interest, including the U.S. Debtor Parties, to object.

3.    *In the Matter of Certain Semiconductor Integrated Circuits Using Tungsten Metallization*, Inv. No. 337-TA-648. The applicability of 11 U.S.C. §362(b)(4) to this proceeding is taken under advisement.

4.    Additional Provisions Applicable in this Case. Pursuant to 11 U.S.C. §1521(a) and in addition to those sections made applicable pursuant to §1520, the following sections of title 11 of the United States Code are also applicable in this proceeding: §§305-307, 342, 345, 349, 350, 364-366, 503, 504, 546, 551, 558; provided, however, Section 365(n) applies only if the Foreign Representative rejects an executory contract pursuant to Section 365 (rather than simply exercising the rights granted to the Foreign Representative pursuant to the German Insolvency Code). Notwithstanding the foregoing, the Foreign Representative's compensation shall be determined in accordance with applicable German or European law.

5.    Termination of Preliminary Injunction. The Order Issuing Preliminary Injunction entered on the docket on July 2, 2009 (Docket Entry 36) terminates upon entry of this order; provided, however:

(a)    The Debtor shall be bound by the United States International Trade Commission's ruling on the claim construction and the validity of the asserted patent, U.S. Patent No. 5,227,335 unless said ruling is reversed or otherwise modified by a court of competent jurisdiction.

(b)      In the event the ITC issues an exclusion order in the LSI Action, this court, upon proper motion, may grant such further relief as may be appropriate.

6.      Service of Copy of Recognition Order. The Foreign Representative shall serve a copy of the Recognition Order and this order by United States mail, first class postage prepaid, on all known creditors in the United States of whose address Qimonda AG or the Petitioner is aware (or their respective counsel) on or before July 29, 2009.

7.      Availability of Chapter 15 Pleadings. The Foreign Representative shall make available all Chapter 15 Pleadings upon request to the Foreign Representative's U.S. counsel, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104 (Attention: Brett H. Miller and Todd M. Goren).

Alexandria, Virginia
November __, 2009

                              Robert G. Mayer
                              United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re

QIMONDA AG,                                   Case No. 09-14766-RGM
                                              (Chapter 15)

      Debtor in a Foreign Proceeding.

---

### AMENDED SUPPLEMENTAL ORDER

This case was before the court on July 22, 2009, on the petition of Dr. Michael Jaffé in his capacity as the foreign representative (the "Foreign Representative") of Qimonda AG for recognition of a foreign proceeding over Qimonda AG and the objections to it. The petition was granted, but in light of the matters raised, it is appropriate to grant further relief under 11 U.S.C. §1521. Upon consideration of which, it is

ORDERED:

1. U.S. Debtor Parties Carve Out.

    (a)    Qimonda Richmond, LLC, Qimonda North America Corp. and the Official Committee of Unsecured Creditors of the U.S. Debtors (the "U.S. Debtor Parties") are granted relief from the automatic stay imposed by §362(a)(1) to proceed in the United States Bankruptcy Court of the District of Delaware to determine any right, obligation or claim they have against Qimonda AG,

1

including, without limitation, the adversary proceeding entitled *The Official Committee of Unsecured Creditors et al v. Qimonda AG,* Case No. 09-51060-MFW, now pending in the Delaware Bankruptcy Court (the "IP Adversary").

(b)       Qimonda AG and the U.S. Debtor Parties consent to the jurisdiction of the Delaware Bankruptcy Court for the matters set forth in this paragraph; provided, however, that Qimonda AG reserves the right to object or argue that any particular controversy between Qimonda AG and the U.S. Debtor Parties should be determined by a competent German court, rather than the Delaware Bankruptcy Court; provided, further, that nothing herein shall be deemed to be a waiver of the protections under, or a lifting of, the automatic stay arising under §362(a) of the Bankruptcy Code in the U.S. Debtors' chapter 11 cases.

2.       Authority of Foreign Representative.

(a)       The Foreign Representative shall be the sole and exclusive representative of Qimonda AG in the United States and shall administer the assets of Qimonda AG within the territorial jurisdiction of the United States.

(b)       The Foreign Representative is hereby authorized to examine witnesses, take evidence, seek production of documents, and deliver information concerning the assets, affairs, rights, obligations or liabilities of Qimonda AG under the law of the United States, as such information is required in the German Proceedings; provided, however, the Foreign Representative may seek any of the foregoing from the U.S. Debtor Parties under Section 1521 of the Bankruptcy

Code or otherwise but only upon notice and motion before the Delaware Bankruptcy Court, and subject to the right of parties in interest, including the U.S. Debtor Parties, to object.

3.  *In the Matter of Certain Semiconductor Integrated Circuits Using Tungsten Metallization,* Inv. No. 337-TA-648. The applicability of 11 U.S.C. §362(b)(4) to this proceeding is taken under advisement.

4.  Additional Provisions Applicable in this Case. Pursuant to 11 U.S.C. §1521(a) and in addition to those sections made applicable pursuant to §1520, the following sections of title 11 of the United States Code are also applicable in this proceeding: §§305-307, 342, 345, 349, 350, 364-366, 503, 504, 546, 551, 558; provided, however, Section 365(n) applies only if the Foreign Representative rejects an executory contract pursuant to Section 365 (rather than simply exercising the rights granted to the Foreign Representative pursuant to the German Insolvency Code). Notwithstanding the foregoing, the Foreign Representative's compensation shall be determined in accordance with applicable German or European law.

5.  Termination of Preliminary Injunction. The Order Issuing Preliminary Injunction entered on the docket on July 2, 2009 (Docket Entry 36) terminates upon entry of this order; provided, however:

(a)  The Debtor shall be bound by the United States International Trade Commission's ruling on the claim construction and the validity of the asserted patent, U.S. Patent No. 5,227,335 unless said ruling is reversed or otherwise modified by a court of competent jurisdiction.

(b)      In the event the ITC issues an exclusion order in the LSI Action, this court, upon proper motion, may grant such further relief as may be appropriate.

6.      Service of Copy of Recognition Order. The Foreign Representative shall serve a copy of the Recognition Order and this order by United States mail, first class postage prepaid, on all known creditors in the United States of whose address Qimonda AG or the Petitioner is aware (or their respective counsel) on or before July 29, 2009.

7.      Availability of Chapter 15 Pleadings. The Foreign Representative shall make available all Chapter 15 Pleadings upon request to the Foreign Representative's U.S. counsel, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104 (Attention: Brett H. Miller and Todd M. Goren).

Alexandria, Virginia
November 19, 2009

/s/ Robert G. Mayer

Robert G. Mayer
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In re:

QIMONDA AG,                                    Case No. 09-14766-RGM
                                               (Chapter 15)

     Debtor.

### <u>MEMORANDUM OPINION</u>

THIS CASE is before the court on the motion of Dr. Michael Jaffé in his capacity as the duly
authorized foreign representative of Qimonda AG to amend the supplemental recognition order
entered by this court. On July 22, 2009, this court entered an order granting the petition of Dr.
Michael Jaffé to recognize the German insolvency proceeding of Qimonda AG. It also entered a
supplemental order providing among other matters that §365 of the United States Bankruptcy Code
would be applicable to this chapter 15 case.

The application of §365 to this case substantially undermines the provisions of the German
Insolvency Code, particularly §103, which addresses how executory contracts are dealt with under
the German Insolvency Code. Both the United States Bankruptcy Code and the German Insolvency
Code recognize that executory contracts must be addressed in some manner in bankruptcy
proceedings. Under the German Insolvency Code, the administrator may elect non-performance.
Under the United States Bankruptcy Code, the trustee may reject an executory contract, however,
there are certain rights parties to executory contracts retain. These rights are inconsistent with those
provided under the German Insolvency Code. The foreign representative requests that the
supplemental order be modified to exclude §365 so that there is no question that the German
Insolvency Code controls in these circumstances.

1

The objecting parties are principally parties who have licenses or have licensed intellectual property, particularly patents. They fear that they will be treated less favorably under the German Insolvency Code than under the United States Bankruptcy Code and understandably prefer that the United States Bankruptcy Code control the disposition of their executory contracts and their rights.

The purposes of chapter 15 were enunciated by Congress in §1501. Chapter 15 is designed to further cooperation between courts of the United States and of foreign countries involved in cross-border insolvency cases; to provide greater legal certainty for trade and investment; to promote fair and efficient administration of cross-border insolvencies that protects the interests of all creditors, the debtor and other interested entities; the protection and maximization of the value of the debtor's assets; and the facilitation of the rescue of financially troubled businesses. 11 U.S.C. §1501(a). Chapter 15 is an effort to assist in providing a systematic and consistent resolution to cross-border insolvencies. Undoubtedly, there will be conflicts between various insolvency codes as each nation enacts its own insolvency code which it feels is best suited to its circumstances. The conflict between §103 of the German Insolvency Code and §365 of the United States Bankruptcy Code is such an example.

The principal idea behind chapter 15 is that the bankruptcy proceeding be governed in accordance with the bankruptcy laws of the nation in which the main case is pending. In this case, that would be the German Insolvency Code. Ancillary proceedings such as the chapter 15 proceeding pending in this court should supplement, but not supplant, the German proceeding.

That objective is particularly relevant in this case where there are many international patents. The patents themselves are issued under the laws of various nations. While there may be multiple international patents, the multiple international patents protect the same idea, process or invention

2

in the country that issued the patent. If the patents and patent licenses are dealt with in accordance

with the bankruptcy laws of the various nations in which the licensees or licensors may be located

or operating, there will be many inconsistent results. In fact, the same idea, process or invention

may be dealt with differently depending on which country the particular ancillary proceeding is

brought. Rather than having a coherent resolution to Quimonda's patent portfolio, the portfolio may

be shattered into many pieces that can never be reconstructed. In this case, Qimonda licensed its

patents to companies that are operating in various nations. It is clear that the patent rights are not

being exploited solely, and even possibly principally, in the United States. In fact, they are being

utilized throughout the world. If the laws of the various nations in which the patents are being used

would be applicable, there will be many different treatments of the patents that have been licensed

by Qimonda AG and many different and inconsistent results throughout the world. This is

detrimental to a systematic bankruptcy proceeding and detrimental to the resolution of the German

bankruptcy proceeding itself. It diminishes the value of these assets. It results in an inefficient

insolvency administration. It may well be detrimental to parties who are or wish to license the

patents. It is not difficult to envision that if the patent portfolio is splintered without overall

administration or control, some parties may be left with incomplete patent protection. Holding an

American patent without holding a patent enforceable in the Europe may significantly restrict its use

and utility. This is at odds with the Congressionally stated purposes in §1501.

Some of the licensees complain that they paid valuable consideration, indeed millions of

dollars, for licensing rights. Under the German Insolvency law, the administrator may, they argue,

in essence, terminate the license and submit the license for sale on the open market by exercising

his right of non-performance. This may cause them to bid for licenses for which they have already

paid.  This is an unfortunate but an inevitable result of the bankruptcy of any company.  Parties with

who a debtor has dealt may be adversely affected by the bankruptcy.  The essential question is how

to deal with business failures.  Congress determined in enacting chapter 15 to cooperate on an

international basis and to give precedence to the main proceeding.

Some licensees also argue that the result under §365 of the United States Bankruptcy Code

is, in fact, the same result that will be obtained under §103 of the German Insolvency Code.  The

administrator does not agree and it is clear that the dispute must be resolved by litigation if no

amicable resolution is achieved.  The legal theory arises under German law and is best resolved by

German courts.  It should not be complicated by superimposing §365 on the analysis.

All the patents should be treated the same.  There should not be disparate results simply

because of the location of a factory or research facility or corporate office.  This would be the result

if the supplemental order were left in place.  It is clear that the inclusion of §365 in the supplemental

order was improvident.  It had unintended consequences that significantly and adversely affect the

main proceeding in Germany.

The court retains the jurisdiction to modify the supplemental order from time to time to

address the exigencies of a case as the case matures and to further the Congressional objectives of

chapter 15.  *See* 11 U.S.C. §§105 and 1522(c).

The motion of the foreign administrator will be granted and the supplemental order will be

amended.

> Alexandria, Virginia
> November 19, 2009

/s/ Robert G. Mayer
Robert G. Mayer
United States Bankruptcy Judge

4

Copy electronically to:

Jeffrey A. Showalter
Robert E. Chappell, III
United States Trustee
Robert K. Coulter

15624

6

**Appeal**

# U.S. Bankruptcy Court
## Eastern District of Virginia (Alexandria)
## Bankruptcy Petition #: 09-14766-RGM

*Date filed:*  06/15/2009

*Assigned to:* Robert G. Mayer
Chapter 15
Voluntary
Asset

| | |
|---|---|
| ***Debtor***<br>**Qimonda AG**<br>Gustav-Heinermann-Ring 212, 81739<br>Munich, GE 22314 | represented by **Jeff A. Showalter**<br>Morrison & Foerster, LLP<br>2000 Pennsylvania Avenue,<br>N.W.<br>Suite 6000<br>Washington, DC 20006-1888<br>202-887-1500<br>Fax : 202-887-0763<br><br>**Jeffrey Anderson Showalter**<br>Morrison & Foerster LLP<br>1650 Tysons Blvd. Suite 400<br>McLean, VA 22102<br>(703) 760-7760<br>Email: jshowalter@mofo.com<br><br>**William A. Gray**<br>Sands Anderson Marks &<br>Miller<br>P.O. Box 1998<br>Richmond, VA 23218-1998<br>(804) 783-7237<br>Email:<br>bgray@sandsanderson.com |

| Filing Date | # | Docket Text |
|---|---|---|
| 06/15/2009 | ◑1 | Petition for Recognition of Main Foreign Proceeding Filed by Jeff A. Showalter of Morrison & Foerster, LLP on behalf of Qimonda AG. (Shepherd, Anthony) |
| 06/15/2009 | ◑2 | Receipt of Petition Filing Fee. Receipt Number 123237 Fee Amount $ 1039.00 (Shepherd, Anthony) |

| 06/15/2009 | ◯ 3 | Statement : *Request For Waiver To File By Computer Diskette Or Conventionally* filed by Jeff A. Showalter of Morrison & Foerster, LLP on behalf of Qimonda AG. (Glenn, Jillinda) (Entered: 06/16/2009) |
| 06/15/2009 | ◯ 4 | Notice of Appearance *and Request For Service Of Papers and counsel to Dr. Michael Jaffe'* filed by Jeff A. Showalter of Morrison & Foerster, LLP on behalf of Qimonda AG. (Glenn, Jillinda) (Entered: 06/16/2009) |
| 06/15/2009 | ◯ 5 | Motion to Appear Pro Hac Vice *Brett H. Miller* filed by Jeff A. Showalter of Morrison & Foerster, LLP on behalf of Qimonda AG. (Attachments: # 1 Proposed Order) (Glenn, Jillinda) (Entered: 06/16/2009) |
| 06/15/2009 | ◯ 6 | Motion to Appear Pro Hac Vice *Todd M. Goren* filed by Jeff A. Showalter of Morrison & Foerster, LLP on behalf of Qimonda AG. (Attachments: # 1 Proposed Order) (Glenn, Jillinda) (Entered: 06/16/2009) |
| 06/15/2009 | ◯ 7 | Motion to Approve : *Verified Petition for Recognition of a Foreign Main Proceeding and Motion for Permanent Injunction and Related Relief* filed by Jeff A. Showalter of Morrison & Foerster, LLP on behalf of Qimonda AG. (Attachments: # 1 Proposed Order) (Glenn, Jillinda) (Entered: 06/16/2009) |
| 06/15/2009 | ◯ 8 | Memorandum *of Law in Support of Petition for Recognition of a Foreign Main Proceeding and Motion for Permanent Injunction and Related Relief* filed by Jeff A. Showalter of Morrison & Foerster, LLP on behalf of Qimonda AG. (Glenn, Jillinda) (Entered: 06/16/2009) |
| 06/15/2009 | ◯ 9 | Motion to Approve : *Application for Order Scheduling Hearing and Specifying the Form and Manner of Service and Notice* filed by Jeff A. Showalter of Morrison & Foerster, LLP on behalf of Qimonda AG. (Attachments: # 1 Proposed Order) (Glenn, Jillinda) (Entered: 06/16/2009) |
| 06/15/2009 | ◯ 10 | Statement *of Rechtsanwalt Dr. Michael Jaffe'* filed by Jeff A. Showalter of Morrison & Foerster, LLP on behalf of Qimonda AG. (Glenn, Jillinda) (Entered: 06/16/2009) |
| 06/15/2009 | ◯ 11 | Declaration *of Ursula Schlegel* filed by Jeff A. Showalter of Morrison & Foerster, LLP on behalf of Qimonda AG. (Attachments: # 1 Exhibit(s) # 2 Exhibit(s) # 3 Exhibit(s) # 4 Exhibit(s) # 5 Exhibit(s))(Glenn, Jillinda) (Entered: 06/16/2009) |

| 06/15/2009 | ❂ 12 | Declaration *of Thomas Seifert(Re: related document(s) 7 Motion to Approve filed by Qimonda AG) filed by Jeff A. Showalter of Morrison & Foerster, LLP on behalf of Qimonda AG. (Glenn, Jillinda) (Entered: 06/16/2009)* |
|---|---|---|
| 06/15/2009 | ❂ 13 | Declaration *of Rechtsanwalt Dr. Christian Pleister* (Re: related document(s) 7 Motion to Approve filed by Qimonda AG) filed by Jeff A. Showalter of Morrison & Foerster, LLP on behalf of Qimonda AG. (Glenn, Jillinda) (Entered: 06/16/2009) |
| 06/16/2009 | ❂ 14 | Notice of Appearance *and Request for Service of Papers* filed by Dion W. Hayes of McGuireWoods LLP on behalf of Qimonda Richmond, LLC. (Hayes, Dion) |
| 06/16/2009 | ❂ 15 | Motion to Appear Pro Hac Vice *Motion for Admission of Mark J. Thompson, Morris J. Massel and Terry Sanders to Appear Pro Hac Vice* filed by Dion W. Hayes of McGuireWoods LLP on behalf of Qimonda Richmond, LLC. (Hayes, Dion) |
| 06/18/2009 | ❂ 16 | Order Scheduling Hearing and Specifying the Form and Manner of Service of Notice (Re: related document(s) 9 Motion to Approve filed by Qimonda AG) Hearing scheduled 7/22/2009 at 11:00 AM at Judge Mayer's Courtroom, 200 South Washington Street, 3rd Floor, Courtroom III, Alexandria, VA. (Lewis, Barbara) |
| 06/18/2009 | ❂ 17 | Notice of Deficient Filing Issued to Jeff Showalter regarding Declaration of Divisional Venue (Re: related document(s) 1 Petition for Recognition of Foreign Proceeding filed by Qimonda AG) Document(s) due by 6/29/2009. (Glenn, Jillinda) |
| 06/18/2009 | ❂ 18 | Declaration of Divisional Venue filed by Jeffrey Anderson Showalter of Morrison & Foerster LLP on behalf of Qimonda AG. (Showalter, Jeffrey) |
| 06/20/2009 | ❂ 19 | Notice of Deficient Filing (Re: related document(s) 17 Notice of Deficient Filing Issued) (Admin.) (Entered: 06/21/2009) |
| 06/20/2009 | ❂ 20 | BNC certificate of mailing of order (Re: related document(s) 16 Order Continuing/Rescheduling/Setting Hearing) (Admin.) (Entered: 06/21/2009) |
|  |  | Emergency Motion for Preliminary Injunction / *Emergency Motion for Provisional Injunctive Relief Pending Recognition of Foreign Main Proceeding, in the Form of a Preliminary Injunction After Notice and a Hearing* filed by Jeffrey Anderson Showalter of Morrison & Foerster LLP on behalf of Qimonda |

| 06/23/2009 | 🔘 21 | AG. (Showalter, Jeffrey) |
|---|---|---|
| 06/23/2009 | 🔘 22 | Certificate of Service (Re: related document(s) 1 Petition for Recognition of Foreign Proceeding filed by Qimonda AG, 7 Motion to Approve filed by Qimonda AG, 16 Order Continuing/Rescheduling/Setting Hearing) filed by Jeffrey Anderson Showalter of Morrison & Foerster LLP on behalf of Qimonda AG. (Showalter, Jeffrey) |
| 06/23/2009 | 🔘 23 | Order Granting Request for Expedited Hearing (Re: related document(s) 21 Motion for Preliminary Injunction filed by Qimonda AG) Hearing scheduled 7/1/2009 at 11:00 AM at Judge Mayer's Courtroom, 200 South Washington Street, 3rd Floor, Courtroom III, Alexandria, VA. (Lewis, Barbara) |
| 06/23/2009 | 🔘 24 | Certificate of Service (Re: related document(s) 21 Motion for Preliminary Injunction filed by Qimonda AG, 23 Order Continuing/Rescheduling/Setting Hearing) filed by Jeffrey Anderson Showalter of Morrison & Foerster LLP on behalf of Qimonda AG. (Showalter, Jeffrey) |
| 06/24/2009 | 🔘 25 | Order Granting Motion to Appear Pro Hac Vice (Related Doc # 5 ) (Glenn, Jillinda) |
| 06/24/2009 | 🔘 26 | Order Granting Motion to Appear Pro Hac Vice (Related Doc # 6 ) (Glenn, Jillinda) |
| 06/24/2009 | 🔘 27 | Order Granting Motion to Appear Pro Hac Vice (Related Doc # 15 ) (Glenn, Jillinda) |
| 06/26/2009 | 🔘 28 | BNC certificate of mailing of order (Re: related document(s) 25 Order on Motion to Appear Pro Hac Vice) (Admin.) (Entered: 06/27/2009) |
| 06/26/2009 | 🔘 29 | BNC certificate of mailing of order (Re: related document(s) 26 Order on Motion to Appear Pro Hac Vice) (Admin.) (Entered: 06/27/2009) |
| 06/26/2009 | 🔘 30 | BNC certificate of mailing of order (Re: related document(s) 27 Order on Motion to Appear Pro Hac Vice) (Admin.) (Entered: 06/27/2009) |
|  |  | Objection to *Qimonda AG's Emergency Motion for Provisional Injunctive Relief, Pending Recognition of Foreign Main Proceeding, in the Form of a Preliminary Injunction and Memorandum in Support Thereof* (Re: related document(s) 21 motion Motion for Preliminary Injunction filed by Qimonda AG) |

| 06/30/2009 | ●31 | filed by Robert H. Chappell III of Spotts Fain PC on behalf of Agere Systems, Inc., LSI Corporation. (Attachments: # 1 Exhibit (s) Exhibit 1# 2 Exhibit(s) Exhibit 2) (Chappell, Robert) |
| 06/30/2009 | ●32 | Notice of Appearance *and Request for Service* filed by Robert H. Chappell III of Spotts Fain PC on behalf of Agere Systems, Inc., LSI Corporation. (Chappell, Robert) |
| 07/01/2009 | ●33 | Affidavit *of Publication of the Notice of Filing and Hearing on Petition Under Chapter 15 of the United States Bankruptcy Code of Tim Hart in the Worldwide Editions of the Financial Times* filed by Jeffrey Anderson Showalter of Morrison & Foerster LLP on behalf of Qimonda AG. (Showalter, Jeffrey) |
| 07/01/2009 | ●34 | Affidavit *of Publication of the Notice of Filing and Hearing on Petition Under Chapter 15 of the United States Bankruptcy Code of Erin Ostenson in the National Edition of the Wall Street Journal* filed by Jeffrey Anderson Showalter of Morrison & Foerster LLP on behalf of Qimonda AG. (Showalter, Jeffrey) |
| 07/01/2009 | ●35 | Hearing held CT: Emergency Motion for Preliminay Injunction Granted - Order to be Submitted (Re: related document(s) 21 Motion for Preliminary Injunction filed by Qimonda AG) (Appearances: Jeffrey Showalter, Brett Miller & Matthew Dunn/Dbt and Robert Chappell/Agere & LSI) (Williams, Regina) |
| 07/02/2009 | ●36 | Order Granting Motion for Preliminary Injunction (Related Doc # 21 ) (Mayer, Robert) |
| 07/04/2009 | ●37 | BNC certificate of mailing of order (Re: related document(s) 36 Order on Motion for Preliminary Injunction) (Admin.) (Entered: 07/05/2009) |
| 07/09/2009 | ●38 | Motion to Appear Pro Hac Vice *of Matthew S. Dunne* filed by Jeffrey Anderson Showalter of Morrison & Foerster LLP on behalf of Qimonda AG. (Attachments: # 1 Proposed Order # 2 Exhibit(s) 2) (Showalter, Jeffrey) |
| 07/13/2009 | ●39 | Notice of Appeal *of LSI Corporation and Agere Systems, Inc.* (Re: related document(s) 36 Order on Motion for Preliminary Injunction) filed by Erin Elizabeth Kessel of Spotts Fain PC on behalf of Agere Systems, Inc., LSI Corporation. Appellant Designation due by 7/23/2009. (Kessel, Erin) |
| 07/14/2009 | 40 | U.S. Treasury receipt of Notice of Appeal(09-14766-RGM) [appeal,97] ( 255.00) filing fee. Receipt number 9349657, amount $ 255.00. (U.S. Treasury) |

| 07/14/2009 | 🔵 41 | Order Granting Matthew S Dunne to Appear Pro Hac Vice in this matter on behalf of Dr. Michael Jaffe (Related Doc # 38 ) (Chandler, Kimberly) |
|---|---|---|
| 07/15/2009 | 🔵 42 | Stipulation *Extending Deadline for Certain Parties to Respond or Object to Verified Petition for Recognition of a Foreign Main Proceeding and Motion for Permanent Injunction and Related Relief Pursuant to 11 U.S.C. Sections 1504, 1515, 1517, 1520, and 1521* By Qimonda Richmond, LLC and Between Petitioner Michael Jaffe, Qimonda North America Corp., Qimonda Richmond, LLC, and Official Committee of Unsecured Creditors of Qimonda Richmond, LLC and Qimonda North America Corp. (Re: related document(s) 7 Motion to Approve filed by Qimonda AG) filed by Dion W. Hayes of McGuireWoods LLP on behalf of Qimonda Richmond, LLC. (Hayes, Dion) |
| 07/15/2009 | 🔵 43 | Stipulation By Qimonda AG and Between Between Petitioner Michael Jaffe and the WARN Plaintiffs filed by Jeffrey Anderson Showalter of Morrison & Foerster LLP on behalf of Qimonda AG. (Showalter, Jeffrey) |
| 07/15/2009 | 🔵 44 | Response to *Qimonda AG's Verified Petition for Recognition of a Foreign Main Proceeding and Motion for Permanent Injunction and Related Relief* (Re: related document(s) 7 motion Motion to Approve filed by Qimonda AG) filed by Robert H. Chappell III of Spotts Fain PC on behalf of Agere Systems, Inc., LSI Corporation. (Chappell, Robert) |
| 07/16/2009 | 🔵 45 | Objection to *styled as Objection of Qimonda Employee Plaintiffs to Qimonda AG's Motion to Approve Verified Petition for Recognition of a Foreign Main Proceeding and Motion for Permanent Injunction and Related Relief and Qimonda Employee Plaintiffs' Request for Relief from the Automatic Stay to Liquidate Claim in District Court* (Re: related document(s) 7 motion Motion to Approve filed by Qimonda AG) filed by William A. Gray of Sands Anderson Marks & Miller on behalf of Olga Vaysman, Kathleen Hall, Jon Earle, Brian Carey, Claude Edmonds, Jacob Evans, Lawrence D. Meyer, Cheryl Maxey, Christopher Shull, Bonnie Wright, Linda Frazier, Lakita Blair. (Attachments: # 1 Exhibit(s) Exhibit C to Objection# 2 Exhibit(s) Exhibit D to Objection# 3 Exhibit(s) Exhibits A and B to Objection# 4 Exhibit(s) Exhibits E and F to Objection) (Gray, William) |
| | | Response to *Motion for Injunctive Relief* (Re: related document(s) 9 Motion to Approve filed by Qimonda AG) filed by Robert K. Coulter of Office of the US Attorney on behalf of United States of America. (Attachments: # 1 Exhibit(s) Opinion) (Coulter, |

| 07/16/2009 | 46 | Robert) |
|---|---|---|
| 07/16/2009 | 47 | Memorandum Opinion (Re: related document(s) 21 Motion for Preliminary Injunction filed by Qimonda AG) (Mayer, Robert) |
| 07/16/2009 | 48 | BNC certificate of mailing of order (Re: related document(s) 41 Order on Motion to Appear Pro Hac Vice) (Admin.) (Entered: 07/17/2009) |
| 07/17/2009 | 49 | Motion to Appear Pro Hac Vice *of Joanne B. Wills* filed by William A. Gray of Sands Anderson Marks & Miller on behalf of Qimonda AG. (Gray, William) |
| 07/17/2009 | 50 | Motion to Appear Pro Hac Vice *of Charles A. Ercole* filed by William A. Gray of Sands Anderson Marks & Miller on behalf of Qimonda AG. (Gray, William) |
| 07/20/2009 | 51 | Order Granting Motion to Appear Pro Hac Vice of Joanne B. Wills(Related Doc # 49 ) (Douglass, Elizabeth) |
| 07/20/2009 | 52 | Order Granting Motion to Appear Pro Hac Vice of Charles A. Ercole (Related Doc # 50 ) (Douglass, Elizabeth) |
| 07/20/2009 | 53 | Omnibus Reply *of Petitioner, Dr. Michael Jaff to Objections to Verified Petition for Recognition of a Foreign Main Proceeding and Motion for Permanent Injunction and Related Relief Pursuant to 11 U.S.C. §§ 1504, 1515, 1517, 1520, and 1521* (Re: related document(s) 44 Response to Motion/Application filed by LSI Corporation, Agere Systems, Inc., 45 Objection to Motion/Application filed by Lakita Blair, Linda Frazier, Bonnie Wright, Christopher Shull, Cheryl Maxey, Lawrence D. Meyer, Jacob Evans, Claude Edmonds, Brian Carey, Jon Earle, Kathleen Hall, Olga Vaysman, 46 Response filed by United States of America) filed by Jeffrey Anderson Showalter of Morrison & Foerster LLP on behalf of Qimonda AG. (Showalter, Jeffrey) |
| 07/20/2009 | 54 | Motion to Appear Pro Hac Vice filed by Robert H. Chappell III of Spotts Fain PC on behalf of Agere Systems, Inc., LSI Corporation. (Attachments: # 1 Proposed Order) (Chappell, Robert) |
| 07/22/2009 | 55 | Order Granting Motion to Appear Pro Hac Vice (Related Doc # 54 ) (Glenn, Jillinda) |
| 07/22/2009 | 56 | Order granting petition of foreign representative to recognize foreign main proceeding(Related Doc # 7 ) (Mayer, Robert) |

| 07/22/2009 | ◑ 57 | Supplemental Order on Petition for Recognition of Foreign Proceeding (Re: related document(s) 1 Petition for Recognition of Foreign Proceeding filed by Qimonda AG) (Mayer, Robert) |
|---|---|---|
| 07/22/2009 | ◑ 58 | BNC certificate of mailing of order (Re: related document(s) 51 Order on Motion to Appear Pro Hac Vice) (Admin.) (Entered: 07/23/2009) |
| 07/22/2009 | ◑ 59 | BNC certificate of mailing of order (Re: related document(s) 52 Order on Motion to Appear Pro Hac Vice) (Admin.) (Entered: 07/23/2009) |
| 07/22/2009 | ◑ 60 | Hearing held CT: Petition for Reconition Granted as Foreign Main Proceeding - Order to be Entered; 362(B)(4) Issue Taken Under Advisement (Re: related document(s) 9 Motion to Approve filed by Qimonda AG) (Appearances: Robert Chappell & Andrew Pratt/Agere; Dion Hayes & Morris Massel/Qimonda Richmond; Jeff Showalter, Brett Miller, Matthew Dunne & Todd Goren/Dbt; Robert Courtler/Justice and Joanne Wills/Employees) (Williams, Regina) (Entered: 07/23/2009) |
| 07/23/2009 | ◑ 61 | Request for Notice/Service filed by William A. Gray of Sands Anderson Marks & Miller on behalf of Brian Carey, Jon Earle, Claude Edmonds, Jacob Evans, Linda Frazier, Kathleen Hall, Lakita Blair, Cheryl Maxey, Lawrence D. Meyer, Christopher Shull, Olga Vaysman, Bonnie Wright. (Gray, William) |
| 07/23/2009 | ◑ 62 | Scheduling Order; Hearing set for 10/1/2009 at 11:00 AM at Judge Mayer's Courtroom, 200 South Washington Street, 3rd Floor, Courtroom III, Alexandria, VA. (Lewis, Barbara) |
| 07/24/2009 | ◑ 63 | BNC certificate of mailing of order (Re: related document(s) 55 Order on Motion to Appear Pro Hac Vice) (Admin.) (Entered: 07/25/2009) |
| 07/27/2009 | ◑ 64 | Notice and Withdrawal *of Notice of Appeal* (Re: related document (s) 39 Notice of Appeal filed by LSI Corporation, Agere Systems, Inc.) filed by Erin Elizabeth Kessel of Spotts Fain PC on behalf of Agere Systems, Inc., LSI Corporation. (Kessel, Erin) |
| | | Transcript filed Re: Hearing Held 7/22/2009, regarding Qimonda IG. Remote electronic access to the transcript is restricted until 10/26/2009. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber DRS, Inc., Telephone number 202-467-9200.] [Transcript Purchased by Morrison & Foerster.] (RE: related document(s) 58 BNC certificate of mailing of order, 59 |

| 07/28/2009 | ❍65 | BNC certificate of mailing of order, 60 Hearing held CT: Petition for Reconition Granted as Foreign Main Proceeding - Order to be Entered; 362). Notice of Intent to Request Redaction Deadline Due By 08/4/2009. Redaction Request Due By 08/18/2009. Redacted Transcript Submission Due By 08/28/2009. Transcript access will be restricted through 10/26/2009. (Yenchochic, Michelle) |
| --- | --- | --- |
| 07/31/2009 | ❍66 | Motion for Relief from Stay Re: *styled as Motion of the Qimonda Employee Plaintiffs for Relief from the Automatic Stay to Permit the Qimonda Employee Plaintiffs to Liquidate Their Claims in Delaware District Court* filed by William A. Gray of Sands Anderson Marks & Miller on behalf of Brian Carey, Jon Earle, Claude Edmonds, Jacob Evans, Linda Frazier, Kathleen Hall, Lakita Blair, Cheryl Maxey, Lawrence D. Meyer, Christopher Shull, Olga Vaysman, Bonnie Wright. Hearing scheduled 10/1/2009 at 11:00 AM at Judge Mayer's Courtroom, 200 South Washington Street, 3rd Floor, Courtroom III, Alexandria, VA. (Gray, William) |
| 07/31/2009 | 67 | U.S. Treasury receipt of Motion for Relief from Stay(09-14766-RGM) [motion,185] ( 150.00) filing fee. Receipt number 9437407, amount $ 150.00. (U.S. Treasury) |
| 07/31/2009 | ❍68 | Memorandum *of Law in Support of the Motion of the Qimonda Employee Plaintiffs for Relief from the Automatic Stay to Permit the Qimonda Employee Plaintiffs to Liquidiate Their Claims in Delaware District Court* (Re: related document(s) 66 Motion for Relief from Stay filed by Lakita Blair, Linda Frazier, Bonnie Wright, Christopher Shull, Cheryl Maxey, Lawrence D. Meyer, Jacob Evans, Claude Edmonds, Brian Carey, Jon Earle, Kathleen Hall, Olga Vaysman) filed by William A. Gray of Sands Anderson Marks & Miller on behalf of Brian Carey, Jon Earle, Claude Edmonds, Jacob Evans, Linda Frazier, Kathleen Hall, Lakita Blair, Cheryl Maxey, Lawrence D. Meyer, Christopher Shull, Olga Vaysman, Bonnie Wright. (Attachments: # 1 Exhibit (s) Exhibits A - E to Memorandum in Support of Motion)(Gray, William) |
|  |  | Exhibit *F through I to Memorandum in Support of Motion for Relief From Stay* (Re: related document(s) 66 Motion for Relief from Stay filed by Lakita Blair, Linda Frazier, Bonnie Wright, Christopher Shull, Cheryl Maxey, Lawrence D. Meyer, Jacob Evans, Claude Edmonds, Brian Carey, Jon Earle, Kathleen Hall, Olga Vaysman, 68 Memorandum filed by Lakita Blair, Linda Frazier, Bonnie Wright, Christopher Shull, Cheryl Maxey, Lawrence D. Meyer, Jacob Evans, Claude Edmonds, Brian Carey, Jon Earle, Kathleen Hall, Olga Vaysman) filed by William A. Gray of Sands Anderson Marks & Miller on behalf of Brian |

| 07/31/2009 | ❏69 | Carey, Jon Earle, Claude Edmonds, Jacob Evans, Linda Frazier, Kathleen Hall, Lakita Blair, Cheryl Maxey, Lawrence D. Meyer, Christopher Shull, Olga Vaysman, Bonnie Wright. (Attachments: # 1 Exhibit(s) Exhibit I to Memorandum in Support of Motion for Relief# 2 Exhibit(s) Exhibit J to Memorandum in Support of Motion for Relief)(Gray, William) |
|---|---|---|
| 07/31/2009 | ❏70 | Exhibit *J and K to Memorandum in Support of Motion for Relief From Stay* (Re: related document(s) 66 Motion for Relief from Stay filed by Lakita Blair, Linda Frazier, Bonnie Wright, Christopher Shull, Cheryl Maxey, Lawrence D. Meyer, Jacob Evans, Claude Edmonds, Brian Carey, Jon Earle, Kathleen Hall, Olga Vaysman, 68 Memorandum filed by Lakita Blair, Linda Frazier, Bonnie Wright, Christopher Shull, Cheryl Maxey, Lawrence D. Meyer, Jacob Evans, Claude Edmonds, Brian Carey, Jon Earle, Kathleen Hall, Olga Vaysman, 69 Exhibit filed by Lakita Blair, Linda Frazier, Bonnie Wright, Christopher Shull, Cheryl Maxey, Lawrence D. Meyer, Jacob Evans, Claude Edmonds, Brian Carey, Jon Earle, Kathleen Hall, Olga Vaysman) filed by William A. Gray of Sands Anderson Marks & Miller on behalf of Brian Carey, Jon Earle, Claude Edmonds, Jacob Evans, Linda Frazier, Kathleen Hall, Lakita Blair, Cheryl Maxey, Lawrence D. Meyer, Christopher Shull, Olga Vaysman, Bonnie Wright. (Attachments: # 1 Exhibit(s) Exhibit K to Memorandum in Support of Motion for Relief from Stay)(Gray, William) |
| 07/31/2009 | ❏71 | Notice of Motion and Notice of Hearing (Re: related document(s) 66 Motion for Relief from Stay filed by Lakita Blair, Linda Frazier, Bonnie Wright, Christopher Shull, Cheryl Maxey, Lawrence D. Meyer, Jacob Evans, Claude Edmonds, Brian Carey, Jon Earle, Kathleen Hall, Olga Vaysman) filed by William A. Gray of Sands Anderson Marks & Miller on behalf of Brian Carey, Jon Earle, Claude Edmonds, Jacob Evans, Linda Frazier, Kathleen Hall, Lakita Blair, Cheryl Maxey, Lawrence D. Meyer, Christopher Shull, Olga Vaysman, Bonnie Wright. Hearing scheduled 10/1/2009 at 11:00 AM at Judge Mayer's Courtroom, 200 South Washington Street, 3rd Floor, Courtroom III, Alexandria, VA. (Gray, William) |
| 08/09/2009 | ❏72 | Notice of Filing of Official Transcript. Notice is hereby given that an official transcript has been filed. Pursuant to the new policy adopted by the Judicial Conference, transcripts are available for inspection only at the clerk's office or may be purchased from the court transcriber for a 90 day period. (Re: related document(s) 65 Transcript filed) (Admin.) (Entered: 08/10/2009) |
|  |  | Objection to / *Objection of Petitioner, Dr. Michael Jaffe to WARN Plaintiffs Motion for Relief from the Automatic Stay* (Re: related document(s) 66 motion Motion for Relief from Stay filed |

| 08/14/2009 | ❍ 73 | by Lakita Blair, Linda Frazier, Bonnie Wright, Christopher Shull, Cheryl Maxey, Lawrence D. Meyer, Jacob Evans, Claude Edmonds, Brian Carey, Jon Earle, Kathleen Hall, Olga Vaysman) filed by Jeffrey Anderson Showalter of Morrison & Foerster LLP on behalf of Qimonda AG. (Showalter, Jeffrey) |
| --- | --- | --- |
| 08/14/2009 | ❍ 74 | Declaration *of Ursula Schlegel Pursuant to 28 U.S.C. Section 1746* (Re: related document(s) 73 Objection to Motion/Application filed by Qimonda AG) filed by Jeffrey Anderson Showalter of Morrison & Foerster LLP on behalf of Qimonda AG. (Showalter, Jeffrey) |
| 08/15/2009 | ❍ 75 | Certificate of Service (Re: related document(s) 73 Objection to Motion/Application filed by Qimonda AG, 74 Declaration filed by Qimonda AG) filed by Jeffrey Anderson Showalter of Morrison & Foerster LLP on behalf of Qimonda AG. (Showalter, Jeffrey) |
| 08/31/2009 | ❍ 76 | Amended Declaration / *Amendment to Declaration of Ursula Schlegel* (Re: related document(s) 74 Declaration filed by Qimonda AG) filed by Jeffrey Anderson Showalter of Morrison & Foerster LLP on behalf of Qimonda AG. (Showalter, Jeffrey) |
| 09/02/2009 | ❍ 77 | Notice of Depositions *of Dr. Michael Jaffe* filed by William A. Gray of Sands Anderson Marks & Miller on behalf of Brian Carey, Jon Earle, Claude Edmonds, Jacob Evans, Linda Frazier, Kathleen Hall, Lakita Blair, Cheryl Maxey, Lawrence D. Meyer, Christopher Shull, Olga Vaysman, Bonnie Wright. (Gray, William) |
| 09/02/2009 | ❍ 78 | Notice of Depositions *of Ursula Schelgel* filed by William A. Gray of Sands Anderson Marks & Miller on behalf of Brian Carey, Jon Earle, Claude Edmonds, Jacob Evans, Linda Frazier, Kathleen Hall, Lakita Blair, Cheryl Maxey, Lawrence D. Meyer, Christopher Shull, Olga Vaysman, Bonnie Wright. (Gray, William) |
| 09/11/2009 | ❍ 79 | Motion to Quash / *Motion of Qimonda AG to Quash Deposition Notices and for a Protective Order* (Related Document(s) 77 Notice of Depositions filed by Lakita Blair, Linda Frazier, Bonnie Wright, Christopher Shull, Cheryl Maxey, Lawrence D. Meyer, Jacob Evans, Claude Edmonds, Brian Carey, Jon Earle, Kathleen Hall, Olga Vaysman, 78 Notice of Depositions filed by Lakita Blair, Linda Frazier, Bonnie Wright, Christopher Shull, Cheryl Maxey, Lawrence D. Meyer, Jacob Evans, Claude Edmonds, Brian Carey, Jon Earle, Kathleen Hall, Olga Vaysman) filed by Jeffrey Anderson Showalter of Morrison & Foerster LLP on behalf of Qimonda AG. (Showalter, Jeffrey) |

| 09/11/2009 | �“80 | Exhibit / *Exhibits 1, 2 and 3 to the Motion of Qimonda AG to Quash Deposition Notices and for a Protective Order* (Re: related document(s) 79 Motion to Quash filed by Qimonda AG) filed by Jeffrey Anderson Showalter of Morrison & Foerster LLP on behalf of Qimonda AG. (Attachments: # 1 Exhibit(s) 3) (Showalter, Jeffrey) |
| 09/11/2009 | 🔵81 | Certificate of Service (Re: related document(s) 79 Motion to Quash filed by Qimonda AG) filed by Jeffrey Anderson Showalter of Morrison & Foerster LLP on behalf of Qimonda AG. (Showalter, Jeffrey) |
| 09/14/2009 | 🔵82 | Order Granting Expedited Hearing (Re: related document(s) 79 Motion to Quash filed by Qimonda AG) Hearing scheduled 9/22/2009 at 11:00 AM at Judge Mayer's Courtroom, 200 South Washington Street, 3rd Floor, Courtroom III, Alexandria, VA. (Lewis, Barbara) |
| 09/18/2009 | 🔵83 | Objection to *styled as Objection by Qimonda Employee Plaintiffs to Qimonda AG's Motion to Quash Deposition Notices and for a Protective Order* (Re: related document(s) 79 motion Motion to Quash filed by Qimonda AG) filed by William A. Gray of Sands Anderson Marks & Miller on behalf of Brian Carey, Jon Earle, Claude Edmonds, Jacob Evans, Linda Frazier, Kathleen Hall, Lakita Blair, Cheryl Maxey, Lawrence D. Meyer, Christopher Shull, Olga Vaysman, Bonnie Wright. (Gray, William) |
| 09/21/2009 | 🔵84 | Reply *Memorandum of Law in Support of Motion of Qimonda AG to Quash Deposition Notice and for a Protective Order* (Re: related document(s) 79 Motion to Quash filed by Qimonda AG, 80 Exhibit filed by Qimonda AG, 83 Objection to Motion/Application filed by Lakita Blair, Linda Frazier, Bonnie Wright, Christopher Shull, Cheryl Maxey, Lawrence D. Meyer, Jacob Evans, Claude Edmonds, Brian Carey, Jon Earle, Kathleen Hall, Olga Vaysman) filed by Jeffrey Anderson Showalter of Morrison & Foerster LLP on behalf of Qimonda AG. (Attachments: # 1 Certificate of Service) (Showalter, Jeffrey) |
| 09/22/2009 | 🔵85 | Hearing held CT: Motion to Quash Deposition Granted - Order to be Submitted (Re: related document(s) 79 Motion to Quash filed by Qimonda AG) (Appearances: William Gray & Joanne Willis/Employees and John Trocki/Dbt) (Williams, Regina) (Entered: 09/24/2009) |
| 09/24/2009 | 🔵86 | Order Granting the Motion of Qimonda AG to Quash Deposition Notice for Dr. Michael Jaffe (Related Doc # 79 ) (Williams, Denise) |
| | | |

| | | |
|---|---|---|
| 09/24/2009 | ❏87 | List of Witnesses / *Witness List and Exhibit List for Qimonda AG* filed by Jeffrey Anderson Showalter of Morrison & Foerster LLP on behalf of Qimonda AG. (Attachments: # 1 Exhibit(s) A 1 of 3# 2 Exhibit(s) A 2 of 3# 3 Exhibit(s) A 3 of 3# 4 Exhibit(s) B) (Showalter, Jeffrey) |
| 09/24/2009 | ❏88 | Certificate of Service (Re: related document(s) 87 List of Witnesses filed by Qimonda AG) filed by Jeffrey Anderson Showalter of Morrison & Foerster LLP on behalf of Qimonda AG. (Showalter, Jeffrey) |
| 09/24/2009 | ❏89 | List of Exhibits *for Qimonda Employee Plaintiffs*, List of Witnesses *For Qimonda Employee Plaintiffs* (Re: related document(s) 62 Order Scheduling Trial, 66 Motion for Relief from Stay filed by Lakita Blair, Linda Frazier, Bonnie Wright, Christopher Shull, Cheryl Maxey, Lawrence D. Meyer, Jacob Evans, Claude Edmonds, Brian Carey, Jon Earle, Kathleen Hall, Olga Vaysman) filed by William A. Gray of Sands Anderson Marks & Miller on behalf of Brian Carey, Jon Earle, Claude Edmonds, Jacob Evans, Linda Frazier, Kathleen Hall, Lakita Blair, Cheryl Maxey, Lawrence D. Meyer, Christopher Shull, Olga Vaysman, Bonnie Wright. (Attachments: # 1 Exhibit(s) 1# 2 Exhibit(s) 2# 3 Exhibit(s) 3# 4 Exhibit(s) 4# 5 Exhibit(s) 5# 6 Exhibit(s) 6# 7 Exhibit(s) 7# 8 Exhibit(s) 8# 9 Exhibit(s) 9# 10 Exhibit(s) 10# 11 Exhibit(s) 11)(Gray, William) |
| 09/26/2009 | ❏90 | BNC certificate of mailing of order (Re: related document(s) 86 Order on Motion to Quash) (Admin.) (Entered: 09/27/2009) |
| 09/29/2009 | ❏91 | Receipt of Exhibits and Notice (Re: related document(s) 89 List of Exhibits filed by Lakita Blair, Linda Frazier, Bonnie Wright, Christopher Shull, Cheryl Maxey, Lawrence D. Meyer, Jacob Evans, Claude Edmonds, Brian Carey, Jon Earle, Kathleen Hall, Olga Vaysman, List of Witnesses) (Williams, Denise) |
| 09/29/2009 | ❏92 | Receipt of Exhibits and Notice (Re: related document(s) 87 List of Witnesses filed by Qimonda AG) (Williams, Denise) |
| 10/01/2009 | ❏93 | Hearing held CT: Motion for Relief from Stay Denied - Order to be Submitted (Re: related document(s) 66 Motion for Relief from Stay filed by Lakita Blair, Linda Frazier, Bonnie Wright, Christopher Shull, Cheryl Maxey, Lawrence D. Meyer, Jacob Evans, Claude Edmonds, Brian Carey, Jon Earle, Kathleen Hall, Olga Vaysman) (Appearances: William Gray, Joanne Wills & Ashley Burgess/Qimonda Employees and John Trocki, Brett Miller & Jeff Showalter/Debtor; Witness: Jacob Evans, Cherly Maxey and Ursula Schlegel) (Williams, Regina) |
| | | |

| 10/05/2009 | ⊙94 | Order Denying the Motion of The Qimonda Employee Plaintiffs for Relief from Stay (Related Doc # 66 ) (Williams, Denise) |
|---|---|---|
| 10/07/2009 | ⊙95 | BNC certificate of mailing of order (Re: related document(s) 94 Order on Motion for Relief from Stay) (Admin.) (Entered: 10/08/2009) |
| 10/08/2009 | ⊙96 | Motion to Amend *Supplemental Order* (Related Document(s) 57 Order on Petition for Recognition of Foreign Proceeding) filed by Jeffrey Anderson Showalter of Morrison & Foerster LLP on behalf of Qimonda AG. (Showalter, Jeffrey) |
| 10/08/2009 | ⊙97 | Certificate of Service (Re: related document(s) 96 Motion to Amend filed by Qimonda AG) filed by Jeffrey Anderson Showalter of Morrison & Foerster LLP on behalf of Qimonda AG. (Showalter, Jeffrey) |
| 10/13/2009 | ⊙98 | Acknowledgment of Receipt of Exhibits and Notice (Re: related document(s) 92 Receipt of Exhibits and Notice) filed by Jeffrey Anderson Showalter of Morrison & Foerster LLP on behalf of Qimonda AG. (Williams, Denise) (Entered: 10/14/2009) |
| 10/21/2009 | ⊙99 | Notice of Appearance *and Request for Service of Papers* filed by John K. Hsu of Winston & Strawn LLP on behalf of Nanya Technology Corporation. (Williams, Denise) |
| 10/21/2009 | ⊙100 | Objection to *Debtor's Motion to Amend Supplemental Order* (Re: related document(s) 96 motion Motion to Amend filed by Qimonda AG) filed by John K. Hsu of Winston & Strawn LLP on behalf of Nanya Technology Corporation. (Attachments: # 1 Declaration of Marc S. Palay# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Certificate of Service# 9 Request for Waiver to File by Computer Diskette or Conventionally) (Williams, Denise) |
| 10/21/2009 | ⊙101 | Notice of Appearance *and Request for Service of Papers* filed by James W. Reynolds of Odin, Feldman & Pittleman on behalf of Micron Technology, Inc.. (Reynolds, James) |
| 10/21/2009 | ⊙102 | Motion to Appear Pro Hac Vice - *Adam P. Strochak* filed by James W. Reynolds of Odin, Feldman & Pittleman on behalf of Micron Technology, Inc.. (Reynolds, James) |
| 10/21/2009 | ⊙103 | Motion to Appear Pro Hac Vice - *Alfredo R. Perez* filed by James W. Reynolds of Odin, Feldman & Pittleman on behalf of Micron Technology, Inc.. (Reynolds, James) |
|  |  |  |

| 10/21/2009 | ◑ 104 | Motion to Appear Pro Hac Vice - *Manesh J. Shah* filed by James W. Reynolds of Odin, Feldman & Pittleman on behalf of Micron Technology, Inc.. (Reynolds, James) |
|---|---|---|
| 10/21/2009 | ◑ 105 | Limited Objection to *Motion to Amend Supplemental Order* (Re: related document(s) 96 motion Motion to Amend filed by Qimonda AG) filed by James W. Reynolds of Odin, Feldman & Pittleman on behalf of Micron Technology, Inc.. (Reynolds, James) |
| 10/21/2009 | ◑ 106 | Notice of Appearance *and Request for Service of Notices and Papers* filed by Roxanne Feliu Rosado of Leach Travell Britt pc on behalf of Elpida Memory, Inc., Infineon Technologies, AG, Samsung Electronics Co., Ltd.. (Rosado, Roxanne) |
| 10/21/2009 | ◑ 107 | Motion to File Document(s) Under Seal filed by Roxanne Feliu Rosado of Leach Travell Britt pc on behalf of Elpida Memory, Inc., Infineon Technologies, AG, Samsung Electronics Co., Ltd.. (Attachments: # 1 Proposed Order) (Rosado, Roxanne) |
| 10/21/2009 | ◑ 108 | Objection to *Motion to Amend Supplemental Order and Cross-Motion for Relief under Sections 365 and 363 of the Bankruptcy Code* (Re: related document(s) 96 motion Motion to Amend filed by Qimonda AG) filed by Stephen E. Leach of Leach Travell Britt, PC on behalf of Elpida Memory, Inc., Infineon Technologies, AG, Samsung Electronics Co., Ltd.. (Leach, Stephen) |
| 10/21/2009 | ◑ 109 | Motion to Shorten Time *Regarding Cross-Motion For Relief Under Sections 365 and 363 of the United States Bankruptcy Code and to Consolidate Hearing* filed by Roxanne Feliu Rosado of Leach Travell Britt pc on behalf of Elpida Memory, Inc., Infineon Technologies, AG, Samsung Electronics Co., Ltd.. (Attachments: # 1 Proposed Order) (Rosado, Roxanne) |
| 10/21/2009 | ◑ 110 | Motion to Appear Pro Hac Vice *of Jennifer M. Selendy* filed by Roxanne Feliu Rosado of Leach Travell Britt pc on behalf of Elpida Memory, Inc., Infineon Technologies, AG, Samsung Electronics Co., Ltd.. (Attachments: # 1 Proposed Order) (Rosado, Roxanne) |
| | | Objection to *Foreign Representative's Motion to Amend Supplemental Order and Cross-Motion for Relief under Sections 365 and 363 of the Bankruptcy Code [EXHIBITS TO THE OBJECTION AND CROSS-MOTION FOR DOCKET ENTRY 108]* (Re: related document(s) 96 motion Motion to Amend filed by Qimonda AG) filed by Stephen E. Leach of Leach Travell Britt, PC on behalf of Elpida Memory, Inc., Infineon |

| 10/21/2009 | 🔘 111 | Technologies, AG, Samsung Electronics Co., Ltd.. (Attachments: # 1 Index to Exhibit to Objection to Motion to Amend Supplemental Motion and Cross-Motion# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7# 9 Exhibit 8# 10 Exhibit 9(a)# 11 Exhibit 9(c)# 12 Exhibit 9(d) # 13 Exhibit 9(e)# 14 Exhibit 10(a)# 15 Exhibit 10(c)# 16 Exhibit 11(a)# 17 Exhibit 11(b)# 18 Exhibit 12# 19 Exhibit 13(a)# 20 Exhibit 13(b)# 21 Exhibit 14# 22 Exhibit 15# 23 Exhibit 18# 24 Exhibit 19# 25 Exhibit 20# 26 Exhibit 21) (Leach, Stephen) |
|---|---|---|
| 10/21/2009 | 🔘 112 | Motion to Appear Pro Hac Vice *of William Pratt* filed by Roxanne Feliu Rosado of Leach Travell Britt pc on behalf of Elpida Memory, Inc., Infineon Technologies, AG, Samsung Electronics Co., Ltd.. (Attachments: # 1 Proposed Order) (Rosado, Roxanne) |
| 10/21/2009 | 🔘 113 | Objection to *Motion to Amend Supplemental Order and Cross-Motion for Relief under Sections 365 and 363 of the Bankruptcy Code -- Declaration of Dr. Bernd Meyer-Lowy -- FILED IN CONNECTION WITH DOCKET ENTRY NO. 108* (Re: related document(s) 96 motion Motion to Amend filed by Qimonda AG) filed by Stephen E. Leach of Leach Travell Britt, PC on behalf of Elpida Memory, Inc., Infineon Technologies, AG, Samsung Electronics Co., Ltd.. (Attachments: # 1 Index to Exhibits to Meyer-Lowy Declaration# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I# 11 Exhibit J# 12 Exhibit K# 13 Exhibit L# 14 Exhibit M# 15 Exhibit N) (Leach, Stephen) |
| 10/22/2009 | 🔘 114 | Notice of Deficient Filing Issued to James Reynolds, Esquire regarding Notice of Appearance; the ECF registered participant attorney filing the document does not match the attorney's signature on the document. (Re: related document(s) 101 Notice of Appearance filed by Micron Technology, Inc.) Document(s) due by 11/2/2009. (Williams, Denise) |
| 10/22/2009 | 🔘 115 | Notice of Deficient Filing Issued to James Reynolds, Esquire regarding Motion to Appear Pro Hac Vice - Adam Strochak; Signature Required. The ECF registered participant attorney filing the document does not match the attorney's signature block on the document. (Re: related document(s) 102 Motion to Appear Pro Hac Vice filed by Micron Technology, Inc.) Document(s) due by 11/2/2009. (Williams, Denise) |
| | | Notice of Deficient Filing Issued to James Reynolds, Esquire regarding Motion to Appear Pro Hac Vice - Alfredo Perez; The ECF registered participant attorney filing the document does not match the attorney's signature on the document. (Re: related |

| 10/22/2009 | ○116 | document(s) 103 Motion to Appear Pro Hac Vice filed by Micron Technology, Inc.) Document(s) due by 11/2/2009. (Williams, Denise) |
|---|---|---|
| 10/22/2009 | ○117 | Notice of Deficient Filing Issued to James Reynolds, Esquire regarding Motion to Appear Pro Hac Vice - Manesh Shah; The ECF registered participant attorney filing the document does not match the attorney's signature on the document. (Re: related document(s) 104 Motion to Appear Pro Hac Vice filed by Micron Technology, Inc.) Document(s) due by 11/2/2009. (Williams, Denise) |
| 10/22/2009 | ○118 | Notice of Deficient Filing Issued to James Reynolds, Esquire regarding Limited Objection to Motion to Amend Supplemental Order; The ECF registered participant attorney filing the document does not match the attorney's signature on the document. (Re: related document(s) 105 Objection to Motion/Application filed by Micron Technology, Inc.) Document (s) due by 11/2/2009. (Williams, Denise) |
| 10/22/2009 | ○119 | Inquiry/General Checksheet Issued to James Reynolds, Esquire regarding Requirement of Form or Process re: Notice of Appearance / Motions to Appear Pro Hac Vice / Limited Objection; Documents not accompanied by a Certificate of Service/Proof of Service signed by counsel. (Re: related document(s) 101 Notice of Appearance filed by Micron Technology, Inc., 102 Motion to Appear Pro Hac Vice filed by Micron Technology, Inc., 103 Motion to Appear Pro Hac Vice filed by Micron Technology, Inc., 104 Motion to Appear Pro Hac Vice filed by Micron Technology, Inc., 105 Objection to Motion/Application filed by Micron Technology, Inc.) (Williams, Denise) |
| 10/22/2009 | ○120 | Clerk's Certificate of Mailing. A copy of these documents were mailed by first class mail postage prepaid to James Reynolds, Esquire and Micron Technology, Inc. as required by the Bankruptcy Code, Bankruptcy Rules and Local Rules. (Re: related document(s) 114 Notice of Deficient Filing Issued, 115 Notice of Deficient Filing Issued, 116 Notice of Deficient Filing Issued, 117 Notice of Deficient Filing Issued, 118 Notice of Deficient Filing Issued, 119 Inquiry/General Checksheet) (Williams, Denise) |
|  |  | Notice of Deficient Filing Issued to Stephen Leach, Esquire regarding Objection; Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry (Exhibits) or redocket to attach the correct document. (Re: related document(s) 111 Objection to |

| | | |
|---|---|---|
| 10/22/2009 | ❍ 121 | Motion/Application filed by Samsung Electronics Co., Ltd., Infineon Technologies, AG, Elpida Memory, Inc.) Document(s) due by 11/2/2009. (Williams, Denise) |
| 10/22/2009 | ❍ 122 | Notice of Deficient Filing Issued to Stephen Leach, Esquire regarding Objection; Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry (Declaration of Dr. Bernd Meyer-Lowy) or redocket to attach the correct document. (Re: related document(s) 113 Objection to Motion/Application filed by Samsung Electronics Co., Ltd., Infineon Technologies, AG, Elpida Memory, Inc.) Document(s) due by 11/2/2009. (Williams, Denise) |
| 10/22/2009 | ❍ 123 | Exhibit *Index and Exhibits* (Re: related document(s) 108 Objection to Motion/Application filed by Samsung Electronics Co., Ltd., Infineon Technologies, AG, Elpida Memory, Inc.) filed by Roxanne Feliu Rosado of Leach Travell Britt pc on behalf of Elpida Memory, Inc., Infineon Technologies, AG, Samsung Electronics Co., Ltd.. (Attachments: # 1 Exhibit(s) Exhibit 1# 2 Exhibit(s) Exhibit 2# 3 Exhibit(s) Exhibit 3# 4 Exhibit(s) Exhibit 4# 5 Exhibit(s) Exhibit 5# 6 Exhibit(s) Exhibit 6# 7 Exhibit(s) Exhibit 7# 8 Exhibit(s) Exhibit 8# 9 Exhibit(s) Exhibit 9a# 10 Exhibit(s) Exhibit 9c# 11 Exhibit(s) Exhibit 9d# 12 Exhibit(s) Exhibit 9e# 13 Exhibit(s) Exhibit 10a# 14 Exhibit(s) Exhibit 10c# 15 Exhibit(s) Exhibit 11a# 16 Exhibit(s) Exhibit 11b# 17 Exhibit(s) Exhbit 12# 18 Exhibit(s) Exhibit 13a# 19 Exhibit(s) Exhibit 13b# 20 Exhibit(s) Exhibit 14# 21 Exhibit(s) Exhibit 15# 22 Exhibit(s) Exhibit 18# 23 Exhibit(s) Exhibit 19# 24 Exhibit(s) Exhibit 20# 25 Exhibit(s) Exhibit 21)(Rosado, Roxanne) |
| 10/23/2009 | ❍ 124 | Declaration *of Dr. Bernd Meyer-Lowy* (Re: related document(s) 108 Objection to Motion/Application filed by Samsung Electronics Co., Ltd., Infineon Technologies, AG, Elpida Memory, Inc.) filed by Roxanne Feliu Rosado of Leach Travell Britt pc on behalf of Elpida Memory, Inc., Infineon Technologies, AG, Samsung Electronics Co., Ltd.. (Attachments: # 1 Exhibit(s) Index of Exhibits to Declaration# 2 Exhibit(s) Exhibit A# 3 Exhibit(s) Exhibit B# 4 Exhibit(s) Exhibit C# 5 Exhibit(s) Exhibit D# 6 Exhibit(s) Exhibit E# 7 Exhibit(s) Exhibit F# 8 Exhibit(s) Exhibit G# 9 Exhibit(s) Exhibit H# 10 Exhibit(s) Exhibit I# 11 Exhibit(s) Exhibit J# 12 Exhibit(s) Exhibit K# 13 Exhibit(s) Exhibit L# 14 Exhibit(s) Exhibit M# 15 Exhibit(s) Exhibit N) (Rosado, Roxanne) |
| | | Withdrawal *of Docket Entry No. 111* (Re: related document(s) 111 Objection to Motion/Application filed by Samsung Electronics Co., Ltd., Infineon Technologies, AG, Elpida Memory, Inc.) filed by Roxanne Feliu Rosado of Leach Travell |

| 10/23/2009 | ○ 125 | Britt pc on behalf of Elpida Memory, Inc., Infineon Technologies, AG, Samsung Electronics Co., Ltd.. (Rosado, Roxanne) |
|---|---|---|
| 10/23/2009 | ○ 126 | Withdrawal *of Docket Entry No. 113* (Re: related document(s) 113 Objection to Motion/Application filed by Samsung Electronics Co., Ltd., Infineon Technologies, AG, Elpida Memory, Inc.) filed by Roxanne Feliu Rosado of Leach Travell Britt pc on behalf of Elpida Memory, Inc., Infineon Technologies, AG, Samsung Electronics Co., Ltd.. (Rosado, Roxanne) |
| 10/23/2009 | ○ 127 | Corrected Notice of Appearance *and Request for Service of Papers w/ Request for Waiver to File Conventionally* (Re: related document(s) 101 Notice of Appearance filed by Micron Technology, Inc.) filed by David Nelson Southard of Weil, Gotshal & Manges, LLP on behalf of Micron Technology, Inc.. (Williams, Denise) |
| 10/23/2009 | ○ 128 | Corrected Motion to Appear Pro Hac Vice - *Adam P. Strochak* (Related Document(s) 102 Motion to Appear Pro Hac Vice filed by Micron Technology, Inc.) filed by David Nelson Southard of Weil, Gotshal & Manges, LLP on behalf of Micron Technology, Inc.. (Attachments: # 1 Proposed Order) (Williams, Denise) |
| 10/23/2009 | ○ 129 | Corrected Motion to Appear Pro Hac Vice - *Alfredo R. Perez* (Related Document(s) 103 Motion to Appear Pro Hac Vice filed by Micron Technology, Inc.) filed by David Nelson Southard of Weil, Gotshal & Manges, LLP on behalf of Micron Technology, Inc.. (Attachments: # 1 Proposed Order) (Williams, Denise) |
| 10/23/2009 | ○ 130 | Corrected Motion to Appear Pro Hac Vice - *Manesh J. Shah* (Related Document(s) 104 Motion to Appear Pro Hac Vice filed by Micron Technology, Inc.) filed by David Nelson Southard of Weil, Gotshal & Manges, LLP on behalf of Micron Technology, Inc.. (Attachments: # 1 Proposed Order) (Williams, Denise) |
| 10/23/2009 | ○ 131 | Corrected Objection *to Motion to Amend Supplemental Order* (Re: related document(s) 105 Objection to Motion/Application filed by Micron Technology, Inc.) filed by David Nelson Southard of Weil, Gotshal & Manges, LLP on behalf of Micron Technology, Inc.. (Williams, Denise) |
| 10/23/2009 | ○ 132 | Motion to Appear Pro Hac Vice *of William E. Devitt, P.C.* filed by Roxanne Feliu Rosado of Leach Travell Britt pc on behalf of Elpida Memory, Inc., Infineon Technologies, AG, Samsung Electronics Co., Ltd.. (Attachments: # 1 Proposed Order) (Rosado, Roxanne) |
| | | Motion to Appear Pro Hac Vice *of Matthew J. Hertko* filed by |

| 10/23/2009 | 🔘 133 | Roxanne Feliu Rosado of Leach Travell Britt pc on behalf of Elpida Memory, Inc., Infineon Technologies, AG, Samsung Electronics Co., Ltd.. (Attachments: # 1 Proposed Order) (Rosado, Roxanne) |
|---|---|---|
| 10/23/2009 | 🔘 134 | Motion to Appear Pro Hac Vice *of William A. Streff, Jr., P.C.* filed by Roxanne Feliu Rosado of Leach Travell Britt pc on behalf of Elpida Memory, Inc., Infineon Technologies, AG, Samsung Electronics Co., Ltd.. (Attachments: # 1 Proposed Order) (Rosado, Roxanne) |
| 10/24/2009 | 🔘 135 | Notice of Deficient Filing (Re: related document(s) 114 Notice of Deficient Filing Issued) (Admin.) (Entered: 10/25/2009) |
| 10/24/2009 | 🔘 136 | Notice of Deficient Filing (Re: related document(s) 115 Notice of Deficient Filing Issued) (Admin.) (Entered: 10/25/2009) |
| 10/24/2009 | 🔘 137 | Notice of Deficient Filing (Re: related document(s) 116 Notice of Deficient Filing Issued) (Admin.) (Entered: 10/25/2009) |
| 10/24/2009 | 🔘 138 | Notice of Deficient Filing (Re: related document(s) 117 Notice of Deficient Filing Issued) (Admin.) (Entered: 10/25/2009) |
| 10/24/2009 | 🔘 139 | Notice of Deficient Filing (Re: related document(s) 118 Notice of Deficient Filing Issued) (Admin.) (Entered: 10/25/2009) |
| 10/24/2009 | 🔘 140 | Inquiry/General Checksheet BNC Certification of Service (Re: related document(s) 119 Inquiry/General Checksheet) (Admin.) (Entered: 10/25/2009) |
| 10/26/2009 | 🔘 141 | Order Granting Motion to File Certain Document Under Seal (Related Doc # 107 ) (Williams, Denise) |
| 10/26/2009 | 🔘 142 | Order Granting Motion to Appear Pro Hac Vice - Jennifer M. Selendy (Related Doc # 110 ) (Williams, Denise) |
| 10/26/2009 | 🔘 143 | Order Granting Motion to Appear Pro Hac Vice - William Pratt (Related Doc # 112 ) (Williams, Denise) |
| 10/26/2009 | 🔘 144 | Motion to Appear Pro Hac Vice *of David R. Seligman, P.C.* filed by Roxanne Feliu Rosado of Leach Travell Britt pc on behalf of Elpida Memory, Inc., Infineon Technologies, AG, Samsung Electronics Co., Ltd.. (Attachments: # 1 Proposed Order) (Rosado, Roxanne) |
| | | Omnibus Reply / *Omnibus Reply to the Objections to the Debtor's Motion to Amend Supplemental Order* (Re: related document(s) |

| 10/26/2009 | ❂ 145 | 100 Objection to Motion/Application filed by Nanya Technology Corporation, 105 Objection to Motion/Application filed by Micron Technology, Inc., 108 Objection to Motion/Application filed by Samsung Electronics Co., Ltd., Infineon Technologies, AG, Elpida Memory, Inc.) filed by Jeffrey Anderson Showalter of Morrison & Foerster LLP on behalf of Qimonda AG. (Attachments: # 1 Declaration of Dr. Stefan Blum) (Showalter, Jeffrey) |
|---|---|---|
| 10/26/2009 | ❂ 146 | Certificate of Service (Re: related document(s) 145 Reply filed by Qimonda AG) filed by Jeffrey Anderson Showalter of Morrison & Foerster LLP on behalf of Qimonda AG. (Showalter, Jeffrey) |
| 10/26/2009 | ❂ 147 | Motion to Appear Pro Hac Vice - *Justin E. Rawlins* filed by John K. Hsu of Winston & Strawn LLP on behalf of Nanya Technology Corporation. (Attachments: # 1 Certificate of Service# 2 Request for Waiver to File By Computer Diskette or Conventionally) (Williams, Denise) (Entered: 10/27/2009) |
| 10/26/2009 | ❂ 148 | Motion to Appear Pro Hac Vice - *Rolf S. Woolner* filed by John K. Hsu of Winston & Strawn LLP on behalf of Nanya Technology Corporation. (Attachments: # 1 Certificate of Service# 2 Request for Waiver to File By Computer Diskette or Conventionally) (Williams, Denise) (Entered: 10/27/2009) |
| 10/27/2009 | ❂ 149 | Motion to Appear Pro Hac Vice of *Gregory F. Corbett* filed by Roxanne Feliu Rosado of Leach Travell Britt pc on behalf of Elpida Memory, Inc., Infineon Technologies, AG, Samsung Electronics Co., Ltd.. (Attachments: # 1 Proposed Order) (Rosado, Roxanne) |
| 10/28/2009 | ❂ 150 | Order Granting Motion to Appear Pro Hac Vice - Adam P. Strochak (Related Doc # 102 ), Granting Corrected Motion to Appear Pro Hac Vice (Related Doc # 128 ) (Williams, Denise) |
| 10/28/2009 | ❂ 151 | Order Granting Motion to Appear Pro Hac Vice - Alfredo R. Perez (Related Doc # 103 ), Granting Corrected Motion to Appear Pro Hac Vice (Related Doc # 129 ) (Williams, Denise) |
| 10/28/2009 | ❂ 152 | Order Granting Motion to Appear Pro Hac Vice - Manesh J. Shah (Related Doc # 104 ), Granting Corrected Motion to Appear Pro Hac Vice (Related Doc # 130 ) (Williams, Denise) |
| 10/28/2009 | ❂ 153 | Order Granting Motion to Appear Pro Hac Vice - William E. Devitt (Related Doc # 132 ) (Williams, Denise) |
| | | Order Granting Motion to Appear Pro Hac Vice - Matthew J. |

| 10/28/2009 | ○ 154 | Hertko (Related Doc # 133 ) (Williams, Denise) |
|------------|-------|------------------------------------------------|
| 10/28/2009 | ○ 155 | Order Granting Motion to Appear Pro Hac Vice - William A. Streff, Jr. (Related Doc # 134 ) (Williams, Denise) |
| 10/28/2009 | ○ 156 | Order Granting Motion to Appear Pro Hac Vice - David R. Seligman (Related Doc # 144 ) (Williams, Denise) |
| 10/28/2009 | ○ 157 | Order Granting Motion to Appear Pro Hac Vice - Gregory F. Corbett (Related Doc # 149 ) (Williams, Denise) |
| 10/28/2009 | ○ 158 | BNC certificate of mailing of order (Re: related document(s) 141 Order on Motion to File Document(s) Under Seal) (Admin.) (Entered: 10/29/2009) |
| 10/28/2009 | ○ 159 | BNC certificate of mailing of order (Re: related document(s) 142 Order on Motion to Appear Pro Hac Vice) (Admin.) (Entered: 10/29/2009) |
| 10/28/2009 | ○ 160 | BNC certificate of mailing of order (Re: related document(s) 143 Order on Motion to Appear Pro Hac Vice) (Admin.) (Entered: 10/29/2009) |
| 10/28/2009 | ○ 161 | Hearing held CT: Matter Taken Under Advisement - Proposed Order to be submitted(Re: related document(s) 57 Order on Petition for Recognition of Foreign Proceeding)(Appearances by: William Pratt/Samsung Elec;Stephen Leach/Samsung Elec;Brett Miller/Dbt;Adam Strochak/Micron;Rolf Woolner/Nanya Tech) (Lawson, Tawanna) (Entered: 10/29/2009) |
| 10/30/2009 | ○ 162 | BNC certificate of mailing of order (Re: related document(s) 150 Order on Motion to Appear Pro Hac Vice) (Admin.) (Entered: 10/31/2009) |
| 10/30/2009 | ○ 163 | BNC certificate of mailing of order (Re: related document(s) 151 Order on Motion to Appear Pro Hac Vice) (Admin.) (Entered: 10/31/2009) |
| 10/30/2009 | ○ 164 | BNC certificate of mailing of order (Re: related document(s) 152 Order on Motion to Appear Pro Hac Vice) (Admin.) (Entered: 10/31/2009) |
| 10/30/2009 | ○ 165 | BNC certificate of mailing of order (Re: related document(s) 153 Order on Motion to Appear Pro Hac Vice) (Admin.) (Entered: 10/31/2009) |
|            |       | BNC certificate of mailing of order (Re: related document(s) 154 |

| 10/30/2009 | 🔵 166 | Order on Motion to Appear Pro Hac Vice) (Admin.) (Entered: 10/31/2009) |
|---|---|---|
| 10/30/2009 | 🔵 167 | BNC certificate of mailing of order (Re: related document(s) 155 Order on Motion to Appear Pro Hac Vice) (Admin.) (Entered: 10/31/2009) |
| 10/30/2009 | 🔵 168 | BNC certificate of mailing of order (Re: related document(s) 156 Order on Motion to Appear Pro Hac Vice) (Admin.) (Entered: 10/31/2009) |
| 10/30/2009 | 🔵 169 | BNC certificate of mailing of order (Re: related document(s) 157 Order on Motion to Appear Pro Hac Vice) (Admin.) (Entered: 10/31/2009) |
| 11/12/2009 | 🔵 170 | Order Granting Motion to Appear Pro Hac Vice - Justin E. Rawlins (Related Doc # 147 ) (Williams, Denise) |
| 11/12/2009 | 🔵 171 | Order Granting Motion to Appear Pro Hac Vice - Rolf S. Woolner (Related Doc # 148 ) (Williams, Denise) |
| 11/12/2009 | 🔵 172 | Transcript filed Re: Hearing Held 10/28/2009, regarding Qimonda, AG. Remote electronic access to the transcript is restricted until 02/10/2010. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber DRS, Inc., Telephone number 202-467-9200.] [Transcript Purchased by Weil, Gotshal & Manges.] (RE: related document(s) 161 Hearing held CT: Matter Taken Under Advisement - Proposed Order to be submitted). Notice of Intent to Request Redaction Deadline Due By 11/19/2009. Redaction Request Due By 12/3/2009. Redacted Transcript Submission Due By 12/14/2009. Transcript access will be restricted through 02/10/2010. (Yenchochic, Michelle) |
| 11/12/2009 | 🔵 173 | Transcript filed Re: Hearing Held 9/22/2009, regarding Qimonda AG. Remote electronic access to the transcript is restricted until 02/10/2010. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber DRS, Inc., Telephone number (202) 467-9200.] [Transcript Purchased by Morrison & Foerster.] (RE: related document(s) 85 Hearing held CT: Motion to Quash Deposition Granted - Order to be Submitted). Notice of Intent to Request Redaction Deadline Due By 11/19/2009. Redaction Request Due By 12/3/2009. Redacted Transcript Submission Due By 12/14/2009. Transcript access will be restricted through 02/10/2010. (Yenchochic, Michelle) |

| 11/14/2009 | 🌐 174 | BNC certificate of mailing of order (Re: related document(s) 170 Order on Motion to Appear Pro Hac Vice) (Admin.) (Entered: 11/15/2009) |
|---|---|---|
| 11/14/2009 | 🌐 175 | BNC certificate of mailing of order (Re: related document(s) 171 Order on Motion to Appear Pro Hac Vice) (Admin.) (Entered: 11/15/2009) |
| 11/18/2009 | 🌐 176 | Notice of Filing of Official Transcript. Notice is hereby given that an official transcript has been filed. Pursuant to the new policy adopted by the Judicial Conference, transcripts are available for inspection only at the clerk's office or may be purchased from the court transcriber for a 90 day period. (Re: related document(s) 172 Transcript filed) (Admin.) (Entered: 11/19/2009) |
| 11/18/2009 | 🌐 177 | Notice of Filing of Official Transcript. Notice is hereby given that an official transcript has been filed. Pursuant to the new policy adopted by the Judicial Conference, transcripts are available for inspection only at the clerk's office or may be purchased from the court transcriber for a 90 day period. (Re: related document(s) 173 Transcript filed) (Admin.) (Entered: 11/19/2009) |
| 11/19/2009 | 🌐 178 | Memorandum Opinion (Re: related document(s) 96 Motion to Amend filed by Qimonda AG) (Lewis, Barbara) |
| 11/19/2009 | 🌐 179 | Order Granting the Debtor's Motion to Amend the Supplemental Order (Related Doc # 96 ) (Lewis, Barbara) |
| 11/19/2009 | 🌐 180 | Amended Supplemental Order (Re: related document(s) 57 Order on Petition for Recognition of Foreign Proceeding) (Lewis, Barbara) |
| 11/30/2009 | 🌐 181 | Notice of Appeal (Re: related document(s) 179 Order on Motion to Amend) filed by David Nelson Southard of Weil, Gotshal & Manges, LLP on behalf of Micron Technology, Inc.. Appellant Designation due by 12/10/2009. (Southard, David) |
| 11/30/2009 | 🌐 182 | Notice of Appeal (Re: related document(s) 179 Order on Motion to Amend) filed by Stephen E. Leach of Leach Travell Britt, PC on behalf of Elpida Memory, Inc., Infineon Technologies, AG, Samsung Electronics Co., Ltd.. Appellant Designation due by 12/10/2009. (Leach, Stephen) |
| 11/30/2009 | 183 | U.S. Treasury receipt of Notice of Appeal(09-14766-RGM) [appeal,97] ( 255.00) filing fee. Receipt number 9948635, amount $ 255.00. (U.S. Treasury) |

| 11/30/2009 | 🔵 184 | Notice of Appeal (Re: related document(s) 179 Order on Motion to Amend) filed by John Ken Kwong-Ming Hsu of Winston & Strawn LLP on behalf of Nanya Technology Corporation. Appellant Designation due by 12/10/2009. (Hsu, John) |
|---|---|---|
| 11/30/2009 | 185 | U.S. Treasury receipt of Notice of Appeal(09-14766-RGM) [appeal,97] ( 255.00) filing fee. Receipt number 9948688, amount $ 255.00. (U.S. Treasury) |
| 11/30/2009 | 186 | U.S. Treasury receipt of Notice of Appeal(09-14766-RGM) [appeal,97] ( 255.00) filing fee. Receipt number 9948951, amount $ 255.00. (U.S. Treasury) |
| 11/30/2009 | 🔵 187 | Amended Notice of Appeal (Re: related document(s) 179 Order on Motion to Amend, 180 Amended Order) filed by John Ken Kwong-Ming Hsu of Winston & Strawn LLP on behalf of Nanya Technology Corporation. (Hsu, John) |
| 11/30/2009 | 🔵 188 | Amended Notice of Appeal (Re: related document(s) 179 Order on Motion to Amend, 180 Amended Order, 182 Notice of Appeal filed by Samsung Electronics Co., Ltd., Infineon Technologies, AG, Elpida Memory, Inc.) filed by Stephen E. Leach of Leach Travell Britt, PC on behalf of Elpida Memory, Inc., Infineon Technologies, AG, Samsung Electronics Co., Ltd.. (Leach, Stephen) |
| 12/01/2009 | 🔵 189 | Certificate of Service (Re: related document(s) 181 Notice of Appeal filed by Micron Technology, Inc.) filed by David Nelson Southard of Weil, Gotshal & Manges, LLP on behalf of Micron Technology, Inc.. (Southard, David) |
| 12/10/2009 | 🔵 190 | Appellant Designation *of Issues and Record on Appeal* (Re: related document(s) 181 Notice of Appeal filed by Micron Technology, Inc.) filed by David Nelson Southard of Weil, Gotshal & Manges, LLP on behalf of Micron Technology, Inc.. Appellee Designation due by 12/24/2009. (Attachments: # 1 Exhibit(s) 1)(Southard, David) |
| | | Appellant Designation *of Record and Statement of Issues on Appeal of Appellants Samsung Electronics Co., Ltd., Elpida Memory, Inc., and Infineon Technologies AG* (Re: related document(s) 182 Notice of Appeal filed by Samsung Electronics Co., Ltd., Infineon Technologies, AG, Elpida Memory, Inc., 188 Amended Notice of Appeal filed by Samsung Electronics Co., Ltd., Infineon Technologies, AG, Elpida Memory, Inc.) filed by Roxanne Feliu Rosado of Leach Travell Britt pc on behalf of Elpida Memory, Inc., Infineon Technologies, AG, Samsung Electronics Co., Ltd.. Appellee Designation due by 12/24/2009. |

| 12/10/2009 | ◯ 191 | (Rosado, Roxanne) |
|---|---|---|
| 12/10/2009 | ◯ 192 | Appellant Designation *of Statment of Issues and Record on Appeal of Appellant Nanya Technology Corporation* (Re: related document(s) <u>184</u> Notice of Appeal filed by Nanya Technology Corporation, 187 Amended Notice of Appeal filed by Nanya Technology Corporation) filed by John Ken Kwong-Ming Hsu of Winston & Strawn LLP on behalf of Nanya Technology Corporation. Appellee Designation due by 12/24/2009. (Hsu, John) |

A TRUE COPY TESTE:

WILLIAM C. REDDEN, CLERK-

BY: *Denise S Williams*

DEPUTY CLERK