

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN RE: QIMONDA AG <br> BANKRUPTCY LITIGATION | ) <br> ) <br> ) | No: 1:10cv26 <br> No: 1:10cv27 <br> No: 1:10cv28 |
| MICRON TECHNOLOGY, INC., <br>     Appellant, <br> <br> v. <br> <br> QIMONDA AG, *et al.*, <br>     Appellees. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 1:10cv26 |
| ELPIDA MEMORY, INC., *et al.*, <br>     Appellants, <br> <br> v. <br> <br> QIMONDA AG, *et al.*, <br>     Appellees. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 1:10cv27 |
| NANYA TECHNOLOGY CORP., <br>     Appellant, <br> <br> v. <br> <br> QIMONDA AG, *et al.*, <br>     Appellees. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 1:10cv28 |

## ORDER

For the reasons stated in an accompanying Memorandum Opinion of July 2, 2010, and for good cause,

It is hereby **ORDERED** that appellant Nanya Technology Corporation's motion in 1:10cv28 to supplement the record on appeal, or to take judicial notice, is **GRANTED IN PART**

with respect to taking judicial notice, and **DENIED IN PART** with respect to supplementing the record on appeal.

It is further **ORDERED** that these consolidated appeals are **REMANDED** to the Bankruptcy Court for further proceedings not inconsistent with the accompanying Memorandum Opinion of July 2, 2010.

The Clerk is directed to send a copy of this Order to all counsel of record and to place the matter among the ended causes.

Alexandria, Virginia
July 2, 2010

/s/
_____
T. S. Ellis, III
United States District Judge